UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK D. HENSON,<br><br>        Petitioner,<br><br>v.<br><br>REBECCA BARRON, et als.,<br><br>        Respondents. | CASE NO. 1:17-cv-00046-SKO  HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 14) |

    Petitioner Erick D. Henson, proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moves for appointment of counsel. Petitioner contends that the Court should appoint counsel based on Petitioner's indigency.

    In federal habeas proceedings, no absolute right to appointment of counsel currently exists. *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773, 774 (8th Cir. 1984). Nonetheless, a court may appoint counsel at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section 2254 Cases. Petitioner, who has competently submitted a petition and multiple motions to this date, alleges no basis by which the Court may appoint counsel on his behalf.

    Petitioner's motion for appointment of counsel is hereby DENIED.

IT IS SO ORDERED.

Dated:  **March 8, 2017**                  /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE